UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BRENDA HOWZE MCKNABB,

        Plaintiff,        Civil No. 3:20-cv-00465-GCM-DCK

-v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-------------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

    Before the Court is the Motion of Plaintiff, Brenda Howze McKnabb, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    **IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of Four Thousand Eight Hundred Dollars and Zero Cents ($4,800.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group.

    Whether the check is made payable to Plaintiff or to Plaintiff's attorney, the check shall be mailed to **Olinsky Law Group** at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

So ordered.

Signed: December 8, 2021

Graham C. Mullen
United States District Judge